

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 3 0 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-31050

CV 09-3801 ~ N

BRANDI L. TAYLOR,

      Plaintiff - Appellant

v.

JOTUN PAINTS, INC.,

      Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5ᵗʰ Cir. R.42.3, the appeal is dismissed as of March 28, 2011, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Misty Fontenot*

MAR 2 8 2011

By: _____
Misty L. Fontenot, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

____ Fee _____
____ Process _____
X Dktd _____
____ CtRmDep _____
____ Doc. No. _____

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE .**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 28, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 10-31050,  Brandi Taylor v. Jotun Paints, Incorporated
       USDC No. 2:09-CV-3801

Enclosed is a copy of the judgment issued as the mandate.

       Sincerely,

       LYLE W. CAYCE, Clerk

       By: _Misty Fontenot_____
       Misty L. Fontenot, Deputy Clerk
       504-310-7716

cc w/encl:
    Mr. George Pivach II
    Ms. Brandi L. Taylor
    Mr. Timothy Thriffiley